AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| NATIONAL PFAS CONTAMINATION COALITION, SIERRA CLUB, and UNION OF CONCERNED SCIENTISTS,<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, in his official capacity as Administrator of U.S. Environmental Protection Agency,<br><br>*Defendant(s)* | Civil Action No. 22-132 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Environmental Protection Agency
Office of General Counsel, Mail Code 2310A
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eve C. Gartner
Earthjustice
48 Wall Street, 19th Fl
New York, NY 10005
(212) 845-7381

Amy Chyao
Earthjustice
48 Wall Street, 19th Fl
New York, NY 10005
(212) 284-8031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

NATIONAL PFAS CONTAMINATION COALITION, SIERRA CLUB, and UNION OF CONCERNED SCIENTISTS,

*Plaintiff(s)*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, in his official capacity as Administrator of U.S. Environmental Protection Agency,

*Defendant(s)*

Civil Action No. 22-132

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ATTN: Civil-Process Clerk
U.S. Attorney's Office for District of Columbia
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eve C. Gartner
Earthjustice
48 Wall Street, 19th Fl
New York, NY 10005
(212) 845-7381

Amy Chyao
Earthjustice
48 Wall Street, 19th Fl
New York, NY 10005
(212) 284-8031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____             _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

NATIONAL PFAS CONTAMINATION COALITION, SIERRA CLUB, and UNION OF CONCERNED SCIENTISTS,

*Plaintiff(s)*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, in his official capacity as Administrator of U.S. Environmental Protection Agency,

*Defendant(s)*

Civil Action No. 22-132

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eve C. Gartner          Amy Chyao
Earthjustice             Earthjustice
48 Wall Street, 19th Fl  48 Wall Street, 19th Fl
New York, NY 10005       New York, NY 10005
(212) 845-7381           (212) 284-8031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| NATIONAL PFAS CONTAMINATION COALITION, SIERRA CLUB, and UNION OF CONCERNED SCIENTISTS,<br><br>*Plaintiff(s)*<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, in his official capacity as Administrator of U.S. Environmental Protection Agency,<br>*Defendant(s)* | Civil Action No. 22-132 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Merrick B. Garland, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eve C. Gartner
Earthjustice
48 Wall Street, 19th Fl
New York, NY 10005
(212) 845-7381

Amy Chyao
Earthjustice
48 Wall Street, 19th Fl
New York, NY 10005
(212) 284-8031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*