UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National PFAS Contamination Coalition, Sierra Club, and Union of Concerned Scientists,<br><br>Plaintiffs,<br>v.<br><br>U.S. Environmental Protection Agency, and Michael S. Regan, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>Defendants. | Case No. 1:22-cv-132-JDB |

**EPA's Unopposed Motion to Stay Litigation**

EPA moves to stay this litigation until September 30, 2022. Plaintiffs do not oppose this relief.

Plaintiffs filed the Complaint on January 20, 2022. ECF No. 1. EPA's response is due on Apr. 22, 2022. Order (Mar. 3, 2022) (granting EPA's unopposed motion for extension).

EPA is undertaking a rulemaking process, the outcome of which could obviate some or all the dispute here. To focus its limited resources on the rulemaking, EPA asks that the Court stay the litigation until September 30. EPA will file a motion to govern at that time to report on the status of its rulemaking and propose next steps in this litigation.

Dated: April 5, 2022

            */s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0283
Sue.Chen@usdoj.gov

### Certificate of Service

I certify that on April 5, 2022, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

            */s/ Sue Chen*
Sue Chen