UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National PFAS Contamination Coalition, Sierra Club, and Union of Concerned Scientists,<br><br>        Plaintiffs,<br>    v.<br><br>U.S. Environmental Protection Agency, and Michael S. Regan, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>        Defendants. | Case No. 1:22-cv-132-JDB |

## JOINT STATUS REPORT

As required by the Court's August 1, 2023 Minute Order, Plaintiffs and Defendants jointly file this status report to advise the Court that EPA completed its PFAS rulemaking ahead of its anticipated schedule. EPA signed the final rule, "Changes to Reporting Requirements for Per- and Polyfluoroalkyl Substances and to Supplier Notifications for Chemicals of Special Concern; Community Right-to-Know Toxic Chemical Release Reporting," on October 18, 2023, which was then published in the *Federal Register* on October 31, 2023. 88 Fed. Reg. 74360 (Oct. 31, 2023).

With EPA's final rule, the parties conferred and agreed to not proceed with litigating the above-captioned case. Accordingly, the parties will concurrently file a joint stipulation of dismissal.

                                                        Respectfully submitted,

Dated: November 2, 2023                    */s/ Jin Hyung Lee*

                                                        Jin Hyung Lee
                                                        U.S. Department of Justice
                                                        Environment & Natural Resources Division
                                                        Environmental Defense Section
                                                        P.O. Box 7611
                                                        Washington, D.C. 20044
                                                        (202) 514-2640
                                                        jin.hyung.lee@usdoj.gov

                                                        *Counsel for Defendants*


                                                        */s/ Eve C. Gartner*
                                                        Eve C. Gartner D.C. Bar ID NY0451
                                                        Kelly E. Lester D.C. Bar ID NY0498
                                                        Earthjustice
                                                        48 Wall Street, 19th Floor
                                                        New York, NY 10005
                                                        (212) 845-7381 / (516) 242-8423
                                                        egartner@earthjustice.org /
                                                        Klester@earthjustice.Org

                                                        *Counsel for Plaintiffs*

- 3 -

## Certificate of Service

  I certify that on November 2, 2023, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

                 _/s/ Jin Hyung Lee_
                 Jin Hyung Lee