UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National PFAS Contamination Coalition, Sierra Club, and Union of Concerned Scientists,<br><br>        Plaintiffs,<br>  v.<br><br>U.S. Environmental Protection Agency, and Michael S. Regan, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>        Defendants. | Case No. 1:22-cv-132-JDB |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal without prejudice, with each party to bear its own costs, fees, and expenses.

Respectfully submitted,

Dated: November 2, 2023

   /s/ Jin Hyung Lee

Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2640
jin.hyung.lee@usdoj.gov

*Counsel for Defendants*


/s/ Eve C. Gartner
Eve C. Gartner D.C. Bar ID NY0451
Kelly E. Lester D.C. Bar ID NY0498
Earthjustice

- 2 -

        48 Wall Street, 19th Floor  
        New York, NY 10005  
        (212) 845-7381 / (516) 242-8423  
        egartner@earthjustice.org /  
        Klester@earthjustice.Org  

*Counsel for Plaintiffs*

- 3 -

**Certificate of Service**

    I certify that on November 2, 2023, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

                                                        _/s/ Jin Hyung Lee_
                                                        Jin Hyung Lee